**UNITED STATES DISTRICT COURT**

**Northern District of California**

Oakland Division

| | |
|---|---|
| TAIMED BIOLOGICS, INC., | No. C 10-03260 LB |
| Plaintiff(s), | **ORDER RE-SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| NUMODA CORP., | |
| Defendant(s). | |

On October 13, 2010, the parties filed a Stipulation requesting that the Court continue the CMC currently set for November 4, 2010, to December 2, 2010. *See* ECF No. 18. The Court's next available date for a CMC is December 16, 2010. Accordingly, the Court **HEREBY CONTINUES** the CMC to December 16, 2010, at 1:30 p.m. in Courtroom 4. The parties shall file their joint CMC Statement no later than December 9, 2010.

**IT IS SO ORDERED.**

Dated: October 14, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 10-03260
Order Re-Setting CMC