1   CEDRIC C. CHAO (CA SBN 76045)
    CChao@mofo.com
2   MIMI YANG (CA SBN 229514)
    MimiYang@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone: 415.268.7000
5   Facsimile: 415.268.7522

6   Attorneys for Plaintiff and Counter-defendant
    TAIMED BIOLOGICS, INC.
7

8   ELIZABETH WILLIAMS (CA SBN 92374)
    ewilliams@kdvglaw.com
9   PAMELA WOODSIDE (CA SBN 226212)
    pwoodside@kdvglaw.com
10  KAUFMAN DOLOWICH VOLUCK & GONZO LLP
    351 California Street, Suite 500
11  San Francisco, California  94104
    Telephone:415.402.0059
12  Facsimile: 415.402.0679

13  Attorneys for Defendant and Counter-claimant
    NUMODA CORPORATION
14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                        OAKLAND DIVISION

18

19
    TAIMED BIOLOGICS, INC.,                    No.  C 10-03260 LB
20
                        Plaintiff,             **STIPULATION AND
21                                             [PROPOSED] ORDER
            v.                                 CONTINUING FURTHER CASE
22                                             MANAGEMENT CONFERENCE**
    NUMODA CORPORATION,
23
                        Defendant.
24

25
    AND RELATED COUNTERCLAIM.
26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CMC C 10-03260 LB
sf-2952809

1    Pursuant to Civil L.R. 6-1 and 6-2, the parties, by and through their respective attorneys of

2    record, have stipulated and agreed as follows:

3    WHEREAS, lead counsel for Plaintiff TaiMed Biologics, Inc. has a scheduling conflict

4    with the Further Case Management Conference as reset by the Court to February 10, 2011, at

5    10:30 a.m.;

6    WHEREAS, the parties have stipulated that it is appropriate to continue the Further Case

7    Management Conference and related deadlines;

8    WHEREAS, the parties have agreed that February 24, 2011 is a mutually convenient date

9    for the Further Case Management Conference;

10    WHEREAS, the parties have previously sought one short extension with respect to the

11    Initial Case Management Conference;

12    The parties hereby file this STIPULATION and respectfully request that the Initial Case

13    Management Conference be continued from February 10, 2011, to ~~February 24, 2011~~ March 10, 2011 at

14    10:30 a.m., and that all related deadlines be continued accordingly.

15

16    Dated:  February 4, 2011                           MORRISON & FOERSTER LLP

17                                                            By:____/s/ Cedric Chao_____
                                                                      Cedric C. Chao
18
                                                            Attorneys for Plaintiff and Counter-defendant
19                                                          TAIMED BIOLOGICS, INC.

20

21                                                          KAUFMAN DOLOWICH VOLUCK & GONZO LLP
      Dated:  February 4, 2011
22

23                                                          By:____/s/ Elizabeth Williams_____
                                                                      Elizabeth Williams
24
                                                            Attorney for Defendant and Counter-claimant
25                                                          NUMODA CORPORATION

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CMC C 10-03260 LB          1
sf-2952809

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER 45 ATTESTATION**

I, Cedric C. Chao, am the ECF User whose ID and password are being used to file the ADR Certification.  In compliance with General Order 45, X.B., I hereby attest that Elizabeth Williams concurred in this filing.

_____/s/ Cedric C. Chao_____

Cedric C. Chao

1     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3     Dated: February __7__, 2011         _____

4                                        HONORABLE LAUREL BEELER
                                         United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CMC C 10-03260 LB            3
sf-2952809