1   CEDRIC C. CHAO (CA SBN 76045)
    CChao@mofo.com
2   MIMI YANG (CA SBN 229514)
    MimiYang@mofo.com
3   CLAUDIA VETESI (CA SBN 233485)
    CVetesi@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California 94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   Attorneys for Plaintiff and Counter-defendant
    TAIMED BIOLOGICS, INC.
8

9   ELIZABETH WILLIAMS (CA SBN 92374)
    ewilliams@kdvglaw.com
10  PAMELA WOODSIDE (CA SBN 226212)
    pwoodside@kdvglaw.com
11  KAUFMAN DOLOWICH VOLUCK & GONZO LLP
    351 California Street, Suite 500
12  San Francisco, California 94104
    Telephone: 415.402.0059
13  Facsimile: 415.402.0679

14  Attorneys for Defendant and Counter-claimant
    NUMODA CORPORATION
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TAIMED BIOLOGICS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NUMODA CORPORATION,<br><br>　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM. | No. C 10-03260 LB<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING HEARING ON DEFENDANT NUMODA CORPORATION'S MOTION TO STRIKE AND MOTION TO DISMISS** |

1  Pursuant to Civil L.R. 6-1 and 6-2, the parties, by and through their respective attorneys of
2  record, have stipulated and agreed as follows:
3  WHEREAS, counsel for TaiMed Biologics, Inc. ("Plaintiff" or "TaiMed") has a
4  scheduling conflict with the August 4, 2011 hearing date as set by the Court for Defendant
5  Numoda Corporation's ("Defendant" or "Numoda") Special Motion to Strike and Motion to
6  Dismiss TaiMed's Claim for "Attempted Extortion";
7  WHEREAS, the parties have stipulated and agreed that July 28, 2011 is a mutually
8  convenient date for the hearing on Numoda's Motion to Strike and Motion to Dismiss;
9  WHEREAS, the Court is available at 11:00 a.m. on July 28, 2011 for the hearing on
10 Numoda's Motion to Strike and Motion to Dismiss; and
11 WHEREAS, the parties have agreed that the resetting of the hearing date will not change
12 the briefing schedule as set by the Court on May 23, 2011;
13 IT IS HEREBY STIPULATED AND AGREED that the hearing on Numoda's Motion to
14 Strike and Motion to Dismiss will be reset to 11:00 a.m. on July 28, 2011.  The briefing schedule
15 for Numoda's Motion to Strike and Motion to Dismiss shall remain as originally set by the Court
16 on May 23, 2011.  TaiMed's responses to the motions are due by June 16, 2011; Numoda's
17 replies are due by June 30, 2011.
18
19
20
21
22
23
24
25
26
27
28

**IT IS SO STIPULATED.**

Dated:  June 14, 2011                          CEDRIC C. CHAO
                                               MIMI YANG
                                               MORRISON & FOERSTER LLP


                                               By:    /s/ Mimi Yang
                                                          Mimi Yang

                                               Attorneys for Plaintiff and Counter-defendant
                                               TAIMED BIOLOGICS, INC.


Dated:  June 14, 2011                          KAUFMAN DOLOWICH VOLUCK & GONZO LLP


                                               By:    /s/ Pamela Woodside
                                                          Pamela Woodside

                                               Attorneys for Defendant and Counter-claimant
                                               NUMODA CORPORATION


**GENERAL ORDER 45 ATTESTATION**

I, Mimi Yang, am the ECF User whose ID and password are being used to file the ADR Certification.  In compliance with General Order 45, X.B., I hereby attest that Pamela Woodside concurred in this filing.

                                                          /s/ Mimi Yang
                                                          Mimi Yang

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3 | Dated: June __30____, 2011



HONORABLE LAUREL BEELER
United States Magistrate Judge