CEDRIC C. CHAO (CA SBN 76045)
CChao@mofo.com
MIMI YANG (CA SBN 229514)
MimiYang@mofo.com
CLAUDIA VETESI (CA SBN 233485)
CVetesi@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff and Counter-defendant
TAIMED BIOLOGICS, INC.


ELIZABETH WILLIAMS (CA SBN 92374)
ewilliams@kdvglaw.com
PAMELA WOODSIDE (CA SBN 226212)
pwoodside@kdvglaw.com
KAUFMAN DOLOWICH VOLUCK & GONZO LLP
351 California Street, Suite 500
San Francisco, California 94104
Telephone:415.402.0059
Facsimile: 415.402.0679

Attorneys for Defendant and Counter-claimant
NUMODA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TAIMED BIOLOGICS, INC.,<br><br>             Plaintiff,<br><br>    v.<br><br>NUMODA CORPORATION,<br><br>             Defendant.<br><br>AND RELATED COUNTERCLAIM. | No. C 10-03260 LB<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING HEARING ON DEFENDANT NUMODA CORPORATION'S MOTION TO STRIKE AND MOTION TO DISMISS TAIMED'S EIGHTH CLAIM FOR RELIEF FOR ATTEMPTED EXTORTION** |

STIPULATION AND [PROPOSED] ORDER RESETTING HEARING C 10-03260 LB
sf-3022629

1    Pursuant to Civil L.R. 6-1(b), the parties, by and through their respective attorneys of
2 record, have stipulated and agreed as follows:
3    WHEREAS, the parties previously stipulated and agreed to a July 28, 2011 hearing date
4 for Defendant Numoda Corporation's ("Defendant" or "Numoda") Special Motion to Strike and
5 Motion to Dismiss TaiMed's Eighth Claim for Relief for Attempted Extortion;
6    WHEREAS, on July 7, 2011, the parties attended a Settlement Conference under the
7 supervision of the Honorable Joseph C. Spero, and reached an agreement in principle to resolve
8 their dispute;
9    WHEREAS, the Honorable Joseph C. Spero has set a further Settlement Conference for
10 September 21, 2011;
11    WHEREAS, to allow the parties sufficient time to finalize the details of their settlement
12 and to minimize litigation expenses pending settlement, the parties agree to reset the hearing on
13 Numoda's Motion to Strike and Motion to Dismiss to October 20, 2011;
14    WHEREAS, the Court is available at 11:00 a.m. on October 20, 2011 for the hearing on
15 Numoda's Motion to Strike and Motion to Dismiss;
16    IT IS HEREBY STIPULATED AND AGREED that the hearing on Numoda's Motion to
17 Strike and Motion to Dismiss will be reset to 11:00 a.m. on October 20, 2011.

**IT IS SO STIPULATED.**

Dated:  July 20, 2011                    CEDRIC C. CHAO
                                         MIMI YANG
                                         CLAUDIA VETESI
                                         MORRISON & FOERSTER LLP


                                         By:   /s/ Claudia Vetesi
                                                Claudia Vetesi

                                         Attorneys for Plaintiff and Counter-defendant
                                         TAIMED BIOLOGICS, INC.


Dated:  July 20, 2011                    KAUFMAN DOLOWICH VOLUCK & GONZO LLP


                                         By:   /s/ Pamela Woodside
                                                Pamela Woodside

                                         Attorneys for Defendant and Counter-claimant
                                         NUMODA CORPORATION


**GENERAL ORDER 45 ATTESTATION**

I, Claudia Vetesi, am the ECF User whose ID and password are being used to file the ADR Certification.  In compliance with General Order 45, X.B., I hereby attest that Pamela Woodside concurred in this filing.

                                                /s/ Claudia Vetesi
                                                Claudia Vetesi

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July __26____, 2011



HONORABLE LAUREL BEELER
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER RESETTING HEARING C 10-03260 LB
sf-3022629

3