1  CEDRIC C. CHAO (CA 76045)
   CChao@mofo.com
2  MIMI YANG (CA 229514)
   MimiYang@mofo.com
3  CLAUDIA M. VETESI (CA 233485)
   MORRISON & FOERSTER LLP
4  425 Market Street
   San Francisco, California  94105-2482
5  Telephone: 415.268.7000
   Facsimile: 415.268.7522
6
   Attorneys for Plaintiff and Counter-defendant
7  TAIMED BIOLOGICS, INC.

8  ELIZABETH WILLIAMS (CA 92374)
   ewilliams@kdvglaw.com
9  PAMELA WOODSIDE (CA 226212)
   pwoodside@kdvglaw.com
10 KAUFMAN DOLOWICH VOLUCK & GONZO LLP
   351 California Street, Suite 500
11 San Francisco, California  94104
   Telephone:415.402.0059
12 Facsimile: 415.402.0679

13 Attorneys for Defendant and Counter-claimant
   NUMODA CORPORATION
14

15                 UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                       OAKLAND DIVISION

18

| | |
|---|---|
| 19  TAIMED BIOLOGICS, INC., | No.  C 10-03260 LB (JCS) |
| 20           Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF SECOND AMENDED COMPLAINT AND OF FIRST AMENDED COUNTERCLAIM** |
| 21      v. | |
| 22  NUMODA CORPORATION, | |
| 23           Defendant. | |
| 24 | Date:  No Hearing Requested<br>Time:  N/A<br>Place:  N/A |
| 25  AND RELATED COUNTERCLAIM. | Court:  Hon. Laurel Beeler |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C 10-03260 LB
sf-3048914

1  WHEREAS, on June 10, 2010, TaiMed Biologics, Inc. ("TaiMed") filed a complaint against Numoda Corporation ("Numoda") in San Francisco Superior Court (Case No. CGC-10-500648) alleging breach of contract;

WHEREAS, on July 23, 2010, Numoda removed the case to this Court;

WHEREAS, there is now pending before this Court an action entitled *TaiMed Biologics, Inc. v. Numoda Corporation*, Northern District of California, Oakland Division, No. C-10-03260 LB;

WHEREAS, on July 30, 2010, Numoda filed an Answer to TaiMed's Complaint and a Counterclaim for breach of contract, common counts, breach of implied contract, unjust enrichment, interference with contractual relations, and interference with prospective relations;

WHEREAS, on August 23, 2010, TaiMed filed an Amended Complaint for breach of contract, intentional misrepresentation, negligent misrepresentation, intentional nondisclosure, and declaratory relief;

WHEREAS, on September 9, 2010, Numoda answered TaiMed's Amended Complaint;

WHEREAS, on September 16, 2010, Numoda filed a First Amended Counterclaim against TaiMed;

WHEREAS, on January 31, 2011, the parties appeared before Judge Spero for an initial settlement conference, but not did reach an agreement;

WHEREAS, on April 28, 2011, TaiMed filed a Second Amended Complaint for breach of contract claims, anticipatory breach of contract, intentional misrepresentation, negligent misrepresentation, intentional nondisclosure, attempted extortion, and declaratory relief;

WHEREAS, on May 19, 2011, Numoda filed a Motion to Dismiss and a Motion to Strike TaiMed's claim for attempted extortion;

WHEREAS, on July 7, 2011, the parties appeared before Judge Spero for a second settlement conference, and agreed in principle to resolve their dispute; and

WHEREAS, on October 11, 2011, the parties executed a Settlement Agreement and General Release.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C 10-03260 LB
sf-3048914

1

1  IT IS HEREBY STIPULATED AND AGREED that:

2  1.  TaiMed dismisses with prejudice its Second Amended Complaint and all claims therein against Numoda.

4  2.  Numoda dismisses with prejudice its First Amended Counterclaim and all counterclaims therein against TaiMed.

6  3.  Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: October 11, 2011        MORRISON & FOERSTER LLP

By:  /s/ *Cedric C. Chao*
     Cedric C. Chao

Attorneys for Plaintiff and Counter-defendant
TAIMED BIOLOGICS, INC.

Dated: October 11, 2011        KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By:  /s/ *Eliabeth Williams*
     Elizabeth Williams

Attorneys for Defendant and Counter-claimant
NUMODA CORPORATION

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C 10-03260 LB
sf-3048914

2

| | |
|---|---|
| 1 | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

1  **[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE**

2  For good cause shown, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure,

3  IT IS HEREBY ORDERED that:

4      1.    TaiMed's Second Amended Complaint and all claims therein against Numoda are

5  dismissed with prejudice.

6      2.    Numoda's First Amended Counterclaim and all counterclaims therein against

7  TaiMed are dismissed with prejudice.

8  **IT IS SO ORDERED.**

10  Dated: __October 19____, 2011



_____
Honorable Laurel Beeler
United States Magistrate Judge