1  CEDRIC C. CHAO (CA 76045)
   CChao@mofo.com
2  MIMI YANG (CA 229514)
   MimiYang@mofo.com
3  CLAUDIA M. VETESI (CA 233485)
   MORRISON & FOERSTER LLP
4  425 Market Street
   San Francisco, California  94105-2482
5  Telephone: 415.268.7000
   Facsimile: 415.268.7522
6
   Attorneys for Plaintiff and Counter-defendant
7  TAIMED BIOLOGICS, INC.

8  ELIZABETH WILLIAMS (CA 92374)
   ewilliams@kdvglaw.com
9  PAMELA WOODSIDE (CA 226212)
   pwoodside@kdvglaw.com
10 KAUFMAN DOLOWICH VOLUCK & GONZO LLP
   351 California Street, Suite 500
11 San Francisco, California  94104
   Telephone:415.402.0059
12 Facsimile: 415.402.0679

13 Attorneys for Defendant and Counter-claimant
   NUMODA CORPORATION
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          OAKLAND DIVISION

18

| | |
|---|---|
| 19  TAIMED BIOLOGICS, INC.,<br>20              Plaintiff,<br>21       v.<br>22  NUMODA CORPORATION,<br>23              Defendant.<br>24<br>25  AND RELATED COUNTERCLAIM. | No.  C 10-03260 LB (JCS)<br><br>**STIPULATION AND <s>[PROPOSED]</s> ORDER OF DISMISSAL WITH PREJUDICE OF SECOND AMENDED COMPLAINT AND OF FIRST AMENDED COUNTERCLAIM**<br><br>Date:  No Hearing Requested<br>Time:  N/A<br>Place:  N/A<br>Court:  Hon. Laurel Beeler |

26

27

28

STIPULATION AND <s>[PROPOSED]</s> ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C 10-03260 LB
sf-3048914

1  WHEREAS, on June 10, 2010, TaiMed Biologics, Inc. ("TaiMed") filed a complaint
2  against Numoda Corporation ("Numoda") in San Francisco Superior Court (Case No. CGC-10-
3  500648) alleging breach of contract;
4  WHEREAS, on July 23, 2010, Numoda removed the case to this Court;
5  WHEREAS, there is now pending before this Court an action entitled *TaiMed Biologics,*
6  *Inc. v. Numoda Corporation*, Northern District of California, Oakland Division, No. C-10-03260
7  LB;
8  WHEREAS, on July 30, 2010, Numoda filed an Answer to TaiMed's Complaint and a
9  Counterclaim for breach of contract, common counts, breach of implied contract, unjust
10  enrichment, interference with contractual relations, and interference with prospective relations;
11  WHEREAS, on August 23, 2010, TaiMed filed an Amended Complaint for breach of
12  contract, intentional misrepresentation, negligent misrepresentation, intentional nondisclosure,
13  and declaratory relief;
14  WHEREAS, on September 9, 2010, Numoda answered TaiMed's Amended Complaint;
15  WHEREAS, on September 16, 2010, Numoda filed a First Amended Counterclaim
16  against TaiMed;
17  WHEREAS, on January 31, 2011, the parties appeared before Judge Spero for an initial
18  settlement conference, but not did reach an agreement;
19  WHEREAS, on April 28, 2011, TaiMed filed a Second Amended Complaint for breach of
20  contract claims, anticipatory breach of contract, intentional misrepresentation, negligent
21  misrepresentation, intentional nondisclosure, attempted extortion, and declaratory relief;
22  WHEREAS, on May 19, 2011, Numoda filed a Motion to Dismiss and a Motion to Strike
23  TaiMed's claim for attempted extortion;
24  WHEREAS, on July 7, 2011, the parties appeared before Judge Spero for a second
25  settlement conference, and agreed in principle to resolve their dispute; and
26  WHEREAS, on October 11, 2011, the parties executed a Settlement Agreement and
27  General Release.
28

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C 10-03260 LB
sf-3048914

1

IT IS HEREBY STIPULATED AND AGREED that:

1. TaiMed dismisses with prejudice its Second Amended Complaint and all claims therein against Numoda.

2. Numoda dismisses with prejudice its First Amended Counterclaim and all counterclaims therein against TaiMed.

3. Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: October 11, 2011               MORRISON & FOERSTER LLP

                                      By:   /s/ *Cedric C. Chao*
                                            Cedric C. Chao

                                      Attorneys for Plaintiff and Counter-defendant
                                      TAIMED BIOLOGICS, INC.

Dated: October 11, 2011               KAUFMAN DOLOWICH VOLUCK & GONZO LLP

                                      By:   /s/ *Eliabeth Williams*
                                            Elizabeth Williams

                                      Attorneys for Defendant and Counter-claimant
                                      NUMODA CORPORATION

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C 10-03260 LB
sf-3048914

2

1  **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

2  For good cause shown, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure,

3  IT IS HEREBY ORDERED that:

4  1.   TaiMed's Second Amended Complaint and all claims therein against Numoda are

5  dismissed with prejudice.

6  2.   Numoda's First Amended Counterclaim and all counterclaims therein against

7  TaiMed are dismissed with prejudice.

8  **IT IS SO ORDERED.**

10  Dated: __October 19_____, 2011

_____
Honorable Laurel Beeler
United States Magistrate Judge

IT IS SO ORDERED
Judge Laurel Beeler